# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2837
_____

FRANK DEPINTO,

    Appellant,

v.

PETER HERVIE, MD, FAAP,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

April 3, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and JAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Frank DePinto, pro se, Appellant.

C. Andrew Weddle and Heather K. Hudson of Harrison Sale McCloy, Panama City, for Appellee.